IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TIMOTHY D. HURICKS | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-330 |
| SCHOCOLATE LEWIS, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Timothy D. Huricks, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Schocolate Lewis, Jacquelyn Womack, and Jovanni Bolden.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On July 21, 2026, the magistrate judge recommended denying Plaintiff's Motions for Summary Judgment and for Injunctive Relief and granting Defendants' Motion for Summary Judgment. Plaintiff was granted an extension of time through August 26, 2026, in which to file objections to the Report and Recommendation. To date, the parties have not filed objections.

Plaintiff filed a Second Motion for Extension of Time to File Objections to the Report and Recommendation. Plaintiff states that he is on lockdown, but he has not shown that the lockdown impeded his ability to comply with the Court's deadlines. In fact, the lockdown did not impede his ability to prepare a five-page Motion for Order to Show Cause for a Preliminary Injunction and Temporary Restraining, which was filed the same day as his Second Motion for Extension of Time.

Because he has not demonstrated that a second extension of time is warranted under the circumstances, the Motion will be denied.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 61] is ADOPTED. Plaintiff's Second Motion for Extension of Time [Dkt. 65] is DENIED. Plaintiff's Motion for Summary Judgment [Dkt. 38] is DENIED. Plaintiff's Motion for Injunctive and Declaratory Relief [Dkt. 46] is DENIED. Defendants' Motion for Summary Judgment [Dkt. 43] is GRANTED. A final judgment will be entered in accordance with this Order.

**SIGNED this 1st day of September, 2026.**

Michael J. Truncale
United States District Judge